IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATT ALLEN, and CHRIS ALLEN, <br><br> Plaintiffs, <br><br> vs. <br><br> BERNARD J. MORELLO, and all Persons having or claiming any Interest in the real estate described as: Section 16, Township 16N, Range 10 E, Approximately 5 Acres, Existing due West of the Rawhide Creek, Douglas County, Nebraska; <br><br> Defendant. | 8:25CV495 <br><br><br> CASE CONFERENCE INSTRUCTIONS |

To facilitate conferences with Magistrate Judge Carson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

<u>**WEBEX CASE CONFERENCE INSTRUCTIONS**</u>

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681
Enter the access code: 2310 555 0906, then hit the # key

Dated this 22nd day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge