IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATT ALLEN, and CHRIS ALLEN,<br><br>            Plaintiffs,<br><br>   v.<br><br>BERNARD J. MORELLO, and all Persons having or claiming any Interest in the real estate described as: Section 16, Township 16N, Range 10 E, Approximately 5 Acres, Existing due West of the Rawhide Creek, Douglas County, Nebraska,<br><br>            Defendant. | 8:25CV495<br><br>ORDER |

      This matter is before the Court on the December 17, 2025, Findings and Recommendation (Filing No. 16) by the magistrate judge[1] recommending the Court deny plaintiffs Matt and Chris Allen's Motion to Remand (Filing No. 5). Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen days to object. Neither has. *See* Fed. R. Civ. P. 72(a); NECivR 72.2.

      Section 636(b)(1) "provide[s] for *de novo* review only when a party object[s] to the magistrate's findings or recommendations." *Peretz v. United States*, 501 U.S. 923, 939 (1991). "[T]he failure to file objections eliminates not only the need for de novo review, but *any* review by the district court." *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)). Because the Court has not received any objections,

      IT IS ORDERED:

---

[1] The Honorable Ryan C. Carson, United States Magistrate Judge for the District of Nebraska.

1. The magistrate judge's Findings and Recommendation (Filing No. 16) are accepted. Any objections are deemed waived.
2. Plaintiffs Matt and Chris Allen's Motion to Remand (Filing No. 5) is denied.

Dated this 8th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge